# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Enrique Cardenas-Zavala,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:15-cv-00126-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Mike Slagle, Superintendent, Mountain View Correctional Institution** | ) ) ) | |
| | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 2, 2015, Order.

Signed: December 3, 2015

*/s/ Frank G. Johns*
Frank G. Johns, Clerk
United States District Court